

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00683-CR

**EX PARTE** Robert **GOMEZ**

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1918
Honorable Lorina I. Rummel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is PERMANENTLY ABATED.

SIGNED February 25, 2015.

Sandee Bryan Marion, Chief Justice